ORDER
On March 8, 2010, this court entered an order granting the appellants’ petition for en banc rehearing. Having now considered the parties’ briefs and heard oral argument on the matter, the court has voted unanimously to vacate the March 8, 2010 order granting en banc rehearing as improvidently granted. As a result, that order is vacated.
The case is referred back to the original panel for action on the petition for panel rehearing. The remaining members of the original panel, who are in agreement on the matter, 28 U.S.C. § 46(d), grant the appellants’ petition for panel rehearing pursuant to Federal Rule of Appellate Procedure 40. The previously issued opinion, Forest Guardians v. U.S. Forest Service, 579 F.3d 1114 (10th Cir.2009), is withdrawn. The attached opinion is substituted in its place.